ADAM PAUL LAXALT
  Attorney General
JOSHUA M. HALEN, Bar No. 13885
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1209
E-mail: jhalen@ag.nv.gov

*Attorneys for Defendants*
*Gonzalo Arias, Renee Baker,*
*Matthew Bauman, Scott Manning,*
*Jacob Parr,*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID BRESSELSMITH, | Case No. 3:16-cv-00611-MMD-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| M. BAUMEN, et al., | |
| Defendants. | |

Plaintiff David Bresselsmith, appearing *pro se*, and Defendants Gonzalo Arias, Renee Baker, Matthew Bauman, Scott Manning, and Jacob Parr, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Joshua M. Halen, Deputy Attorney General, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action should be dismissed with prejudice by order of this Court.

///
///
///
///
///
///
///

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

DATED this 28 day of November, 2017.          DATED this 29th day of November, 2017.

                                                                   ADAM PAUL LAXALT
                                                                   Attorney General

By: /s/ David Bresselsmith          By: /s/ Joshua M. Halen
DAVID BRESSELSMITH                      JOSHUA M. HALEN
*Plaintiff, Pro Se*                     Deputy Attorney General
                                                                    Bureau of Litigation
                                                                    Public Safety Division

                                                                  *Attorneys for Defendants*


                                                                  IT IS SO ORDERED:

                                                                  /s/

                                                                  UNITED STATES DISTRICT JUDGE
                                                                  DATED this 29th day of November, 2017.

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 29th day of November 2017, I caused to be deposited for mailing, a true and correct copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to the following:

DAVID BRESSELSMITH, #89079
Ely State Prison
P.O. Box 1989
4569 North State Rt. 490
Ely, Nevada 89301

_____
An employee of the
Office of the Attorney General

3